PD-0372-15

PD-0372-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/31/2015 12:51:43 PM
Accepted 4/1/2015 4:49:56 PM
ABEL ACOSTA
CLERK

NO._____

IN THE

# TEXAS COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

LUIS SANCHEZ
PETITIONER,

V.

STATE OF TEXAS
RESPONDENT

# *MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW*

NO.  11-12-00279-CR
COURT OF APPEALS
FOR THE ELEVENTH DISTRICT OF TEXAS
AT EASTLAND

On appeal from Cause Number B-37,135
in the 161st Judicial District
of Ector County, Texas
Honorable John Smith, Judge Presiding

M. Michele Greene
State Bar No.00789966
2833 Wildwood Ave.
Odessa, Texas 79761
(432) 238-1255
mmg@michelegreenelaw.com

**Attorney for Petitioner**

FILED IN
COURT OF CRIMINAL APPEALS

April 1, 2015

ABEL ACOSTA, CLERK

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

NOW COMES Luis Sanchez, Petitioner in the above-entitled and numbered cause, (hereinafter referred to as "Petitioner"), files this his Motion to Extend Time to File Petition For Discretionary Review pursuant to Rules 10.5(b) and 68.2(c) of the TEXAS RULES OF APPELLATE PROCEDURE, and would respectfully show the Court as follows:

## I.

This appeal arises out of a trial that resulted in a Judgment of Conviction by Court dated September 18, 2012, (the "Judgement"). Petitioner appealed the Judgment to the Eleventh Court of Appeals. On March 5, 2015–approximately two and a half years later---the appellate court issued its judgment affirming the Judgment.

## II.

Petitioner's Petition for Discretionary Review is due to be filed on April 6, 2015.

## III.

After receiving the appellate court's opinion in this cause, Petitioner's court-appointed counsel M. Michele Greene, ("Greene"), contacted the Honorable John Smith regarding filing a Petition for Discretionary Review on behalf of Petitioner.

After receiving Judge Smith's approval to proceed forward with this appeal, Greene contacted Petitioner regarding the appellate court's decision in this case and requesting permission to file a Petition for Discretionary Review on Petitioner's behalf. Greene received Petitioner's written approval late last week authorizing Greene to research, write, and file a Petition for Discretionary Review in this cause. Greene will be out of the office for the Easter holiday and thus will be unable to begin working on a Petition for Discretionary Review until after April 6, 2015.

## IV.

Because Greene did not receive Petitioner's authorization to proceed forward with this appeal until late last week, Petitioner was unable to timely file his Petition for Discretionary Review. As such, this request is not made for purposes of delay but so that justice may be served. Accordingly, Petitioner respectfully requests the Court to grant a first extension of the deadline for filing his Petition for Discretionary Review for an additional 30 days, i.e., until May 6, 2015.

WHEREFORE, Petitioner Luis Sanchez prays that the Court extend the time for filing his Petition for Discretionary Review until May 6, 2015.

Respectfully submitted,

M. MICHELE GREENE,
ATTORNEY AT LAW
2833 Wildwood Ave.
Odessa, Texas 79761
(432) 238-1255
mmg@michelegreenelaw.com

By: /s/ M. Michele Greene
M. Michele Greene
State Bar No.00789966

**ATTORNEY FOR PETITIONER
LUIS SANCHEZ**

## Certificate of Compliance

In accordance with Rules 9.4(e) and (i) of the TEXAS RULES OF APPELLATE PROCEDURE, the undersigned attorney of record certifies that the Motion to Extend Time to File Petition for Discretionary Review contains **14-point** typeface for the body of the motion, contains 348 words, excluding those words identified as not being counted in Rule 9.4(i)(1), and was prepared on Word Perfect Version 9.

/s/ M. Michele Greene
**M. Michele Greene**

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 31ST day of March, 2015, a true and correct copy of the above and foregoing Petitioner's Motion to Extend Time to File Petition For Discretionary Review was sent via email to the following:

Michael Bloch
Ector County District Attorney's Office
Ector County Courthouse
300 N. Grant Ave. Rm. 305
Odessa, Texas 79761
MICHAEL.BLOCH@ectorcountytx.gov

**Attorney for Appellee**

/s/ M. Michele Greene
M. Michele Greene

4